IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deyoe R Harris, | No. CV-22-00548-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| Viola Romero, et al., | |
| Defendants. | |

On December 13, 2022, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court grant Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) and dismiss Plaintiff's Complaint without prejudice (Doc. 1). (Doc. 7.) Judge Markovich notified the parties that they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 4.) To date, no objections have been filed.[1]

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard."

---

[1] It appears Plaintiff has continued to e-mail Judge Markovich regarding this matter. (Docs. 8–9, 11.) Plaintiff has been repeatedly advised that this is inappropriate. (Docs. 8–9, 11.) Plaintiff has been referred to the appropriate rules. (Docs. 8–9, 11.) Nonetheless, none of Plaintiff's e-mails contain objections to Judge Markovich's R&R even if the Court were able to construe Plaintiff's communications as a proper objection.

*Thomas*, 474 U.S. at 154.

Pursuant to General Order 21-25, the Court has reviewed the Complaint (Doc. 1), the Application to Proceed in Forma Pauperis (Doc. 2), and Judge Markovich's R&R (Doc. 7). The Court finds the R&R is well reasoned and agrees with Judge Markovich's conclusions.

Accordingly, **IT IS ORDERED**:

1) Magistrate Judge Markovich's Report and Recommendation is **ADOPTED**. (Doc. 7.)
2) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is **GRANTED**. (Doc. 2.)
3) Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) The Clerk of Court shall docket accordingly.

Dated this 3rd day of January, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge